# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DEMETRIUS DEMARCO SPENCER, | Case No. 22-CV-3195 (NEB/ECW) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| WILLIAMS, Warden FCI, | |
| Respondent. | |

The Court has received the March 7, 2023 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 4.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 4) is ACCEPTED;

2. This action is DISMISSED WITHOUT PREJUDICE; and

3. Spencer's application to proceed *in forma pauperis* (ECF No. 3) is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 10, 2023    BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge